Amy Semmel, State Bar No. 116204
Paul M. Kelley, State Bar No. 87505
**KELLEY•SEMMEL, LLP**
5757 Wilshire Blvd., Penthouse 5
Los Angeles, California 90036
Phone: 323-592-3450
asemmel@kelleysemmel.com

Attorneys for Plaintiff Brian Heston


Leila Nourani, State Bar No. 163336
Michael A. Wertheim, State Bar No. 291228
JACKSON LEWIS P.C.
725 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017
Telephone: (213) 689-0404
Leila.Nourani@jacksonlewis.com
Michael.wertheim@jacksonlewis.com

Attorneys for Defendant
Distributional Alternatives, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HESTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DISTRIBUTION ALTERNATIVES, INC., a Minnesota corporation; and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO.: 2:16-cv-08078 PJW<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION BY STIPULATION [FRCP RULE 41(a)(1)(ii)**<br><br>SAC Filed: March 16, 2017<br>Magistrate Judge: Hon. Patrick J. Walsh<br>Trial Date: Vacated |

Good cause having been established by Stipulation of the Parties, IT IS HEREBY ORDER:

The parties' DISMISSAL OF ENTIRE ACTION BY STIPULATION [FRCP RULE 41(a)(l)(ii)] is hereby entered in its entirety as an Order of this Court.

**IT IS SO ORDERED.**

DATED: January 3, 2018 By: _____
Hon. Patrick J. Walsh
United States Magistrate Judge

-2-

**Order Granting Dismissal of Entire Action**
C:\Users\SBOURG~1\AppData\Local\Temp\notesC7A056\Proposed Order re Dismissal.docx